**Order entered September 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00901-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 97410CC**

## ORDER

We **REINSTATE** this appeal.

On August 15, 2018, we abated the appeal to allow the trial court an opportunity to conduct a hearing to determine whether appellant desired to be represented by counsel. The court was to make findings of fact, and a clerk's record containing the findings was to be filed no later than September 10, 2018.

The clerk's record has not yet been filed, but the reporter's record of the hearing was filed. The record reflects appellant desires to be represented by counsel, and that Jenny Parks was appointed to represent him.

We **ADOPT** those findings and **DIRECT** the Clerk of the Court to designate Ms. Parks as lead counsel for appellant.

As the appellate record has been filed, we **ORDER** appellant to file his brief no later than October 3, 2018.

/s/    DAVID EVANS
JUSTICE